UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA SIMS-FELTON, | Civ. A. No. 11-4923(NLH)(AMD) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| SYLVIA HEGEDUS, CATHY MCGUIRE, LILLIAN SWANSON, GLORIA J. HOFFMAN, and SHOWBOAT ATLANTIC CITY OPERATING COMPANY, L.L.C., | |
| Defendants. | |

For the reasons expressed in the Court's Opinion entered on this date,

**IT IS HEREBY** this 30th day of April, 2013

**ORDERED** that the motion to dismiss plaintiff's Amended Complaint [Doc. No. 27] by defendants Sylvia Hegedus, Gloria J. Hoffman, Cathy McGuire, and Lillian Swanson is **GRANTED**; and it is further

**ORDERED** that plaintiff's claims against defendant Showboat Atlantic City Operating Company, L.L.C. are **DISMISSED** without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter as **CLOSED**.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.